**Anna May, appellee, v. Dwight L. Nash, appellant. Gen. No. 26,525.**

Trover for conversion of a fur cape taken from plaintiff under an execution on a judgment against plaintiff's husband. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. F. J. Campbell, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed February 14, 1922.

Ninde & Owen, for appellant; D. Francis Bustin, of counsel. N. Rothblum, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Morris H. Fried, appellee, v. Liberty Dairy Products Company, appellant. Gen. No. 26,577.**

Action for money due as wages as driver of a milk wagon and to recover a sum deposited as security. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Irwin R. Hazen, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed on remittitur. Opinion filed February 14, 1922.

Hyman Polonsky, for appellant. Herman Waldman and Augustine L. Schaf, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Employers' Liability Assurance Corporation, Ltd., of London, England, appellee, v. George T. Horton et al., appellants. Gen. No. 26,286.**

Action for balance of premium upon a policy of workmen's compensation insurance. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed February 14, 1922.

Marcus A. Hirschl, for appellants; Dyrenforth, Lee, Chritton & Wiles, of counsel. John Clark Baker, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**John Bain, administrator of the estate of John D. Huffman, deceased, defendant in error, v. Chicago, Milwaukee & St. Paul Railway Company, plaintiff in error. Gen. No. 26,316.**

Action for breach of contract for transportation of cattle. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed February 14, 1922.

Glennon, Cary, Walker & Murray, for plaintiff in error; Charles A. Reinwald and L. Beers-Jones, of counsel. Wilkerson, Cassels, Potter & Gilbert, for defendant in error; Kenneth B. Hawkins, of counsel.

Mr. Justice Barnes delivered the opinion of the court.